UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61455-CIV-ZLOCH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

DOUGLAS NEWTON, and
REAL AMERICAN BRANDS, INC.,

    Defendants.
_____/

**DEFAULT FINAL JUDGMENT Re: LIABILITY AND PERMANENT INJUNCTION AS TO DEFENDANT REAL AMERICAN BRANDS, INC.**

THIS MATTER is before the Court upon Plaintiff Securities and Exchange Commission's Motion for Entry of a Default Judgment of Permanent Injunction and Other Relief Against Defendant Real American Brands, Inc. n/k/a Real American Capital, Corp. (DE 34). The Court has carefully reviewed said Motion, the entire Court file and is otherwise fully advised in the premises.

Defendant Real American Brands, Inc. (hereinafter "Defendant Real American"), was duly served with a copy of the Summons and Complaint (DE 1) filed herein on September 19, 2011. See DE 5. It failed to file an appropriate motion or responsive pleading within the time prescribed by law. The Court has entered Default against it. Plaintiff now moves for Default Final Judgment as to Defendant Real American.

The well-pleaded allegations made in Plaintiff's Complaint (DE 1) are deemed to have been admitted by Defendant Real American by virtue of its default. Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1277-78 (11th Cir. 2005)(citations omitted). Thus, the Court finds that Defendant Real American committed the violations

alleged in the Complaint (DE 1).

Accordingly, it is:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of a Default Judgment of Permanent Injunction and Other Relief Against Defendant Real American Brands, Inc. n/k/a Real American Capital, Corp. (DE 34) be and the same is hereby **GRANTED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Pursuant to Rules 55 and 58, Final Judgment Re: Liability be and the same is hereby **ENTERED** in favor of Plaintiff Securities and Exchange Commission and against Defendant Real American;

3. Real American and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

   (a) to employ any device, scheme, or artifice to defraud;

   (b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

4. Real American and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser;

5. By <u>noon</u> on <u>August 17, 2012</u>, Plaintiff shall file a motion for final judgment as to disgorgement, interest, and civil penalties against Defendant Real American, which motion shall be accompanied by Exhibits and Affidavits as appropriate, and a proposed order of final judgment regarding the same; and

6. By <u>noon</u> on <u>August 31, 2012</u>, Defendant Real American shall

3

file a response, if any, to Plaintiff's motion described in Paragraph 5.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _8th_ day of August, 2012.

                                              _____
                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record