UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61455-CIV-ZLOCH

SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

vs.

DOUGLAS NEWTON and
REAL AMERICAN BRANDS, INC.
n/k/a REAL AMERICAN CAPITAL CORP.,

        Defendant,
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Plaintiff's Notice Of Filing Consent Of Defendant Douglas Newton And Request For Entry Of Judgment Of Permanent Injunction And Other Relief (DE 64), which this Court construes as a Motion For Entry Of Consent Final Judgment. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

The Court notes that Defendant, Douglas Newton, consents to the entry of the final judgment against him sought herein. See DE 64-1.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff's Notice Of Filing Consent Of Defendant Douglas Newton And Request For Entry Of Judgment Of Permanent Injunction And Other Relief (DE 64), which this Court construes as a Motion

For Entry Of Consent Final Judgment, be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff, the Securities and Exchange Commission, and against Defendant, Douglas Newton;

4. The Judgment Of Permanent Injunction And Other Relief As To Defendant Douglas Newton (DE 64-1) be and the same is hereby approved, adopted, and ratified;

5. The Court shall retain jurisdiction solely for the purposes of entertaining a Motion For Attorney's Fees that comports with the dictates of Local Rule 7.3; entertaining Plaintiff's Motion regarding assessment of disgorgement, prejudgment interest thereon, and civil penalties; and enforcing the terms of this Judgment; and

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of November, 2012.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Douglas Newton, PRO SE
37 Lafayette Drive
Rancho Mirage, CA 92270