UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-61455-WJZ

SECURITIES AND )
EXCHANGE COMMISSION, )
                                                                    )
                    Plaintiff,                      )
v.                                                            )
                                                                    )
DOUGLAS NEWTON and               )
REAL AMERICAN BRANDS, INC.  )
n/k/a REAL AMERICAN CAPITAL CORP.,)
                                                                    )
                    Defendants.                 )
_____)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ITS CLAIMS FOR DISGORGEMENT AND A CIVIL PENALTY AGAINST DEFENDANT <u>REAL AMERICAN BRANDS, INC. n/k/a REAL AMERICAN CAPITAL CORP.</u>**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for disgorgement and a civil penalty against Defendant Real American Brands, Inc. n/k/a Real American Capital Corp. ("RLAB").

On August 8, 2012, this Court entered a default final judgment and permanent injunction against RLAB. (D.E. # 49.) The only outstanding issues as to RLAB were the amounts of the disgorgement and civil penalty claims, if any, to be sought by the Commission.

The Commission now voluntarily dismisses its disgorgement and civil penalty claims against RLAB because of, among other things, the sentencing of Defendant Douglas Newton in the parallel criminal case. *See United States v. Newton*, Case No. 11-60150-CIV-Cooke. Specifically, on November 9, 2012, the Court in the parallel criminal case sentenced him to 30 months and prison and to forfeit all ill-gotten property, including the disgorgement jointly sought in this matter. *United States v. Newton*, Case No. 11-60150-CIV-Cooke (D.E. # 200.)

With this voluntary dismissal of the disgorgement and civil penalty claims against RLAB – and the permanent injunction remaining in place against RLAB (D.E. # 49.) – all issues related to RLAB in this case are now resolved.

Respectfully submitted,

December 20, 2012  By:  s/ James M. Carlson

James M. Carlson
Senior Trial Counsel
S.D. Florida Bar # A5501534
Telephone: (305) 982-6328
Facsimile: (305) 536-4154
E-mail: CarlsonJa@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for records or *pro se* parties via the methods of service described below.

s/ James M. Carlson

**VIA CM/ECF:**

Miguel Caridad, Esq., AFPD
150 West Flagler Street, Suite 1700
Miami, FL 33130
*Criminal Defense Attorney for Douglas Newton*

**VIA FIRST CLASS U.S. MAIL:**

Douglas Newton
37 Lafayette Drive
Rancho Mirage, CA 92270
*Pro Se*
(also sent by UPS Next Day Delivery)

United Corporate Services, Inc.
874 Walker Road, Suite C
Dover, DE 19904
*Registered Agent to Real American Brands, Inc., n/k/a Real American Capital Corp. (not yet appeared)*