UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61455-CIV-ZLOCH

SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

                                         **FINAL ORDER OF DISMISSAL**

vs.


DOUGLAS NEWTON and
REAL AMERICAN BRANDS, INC.
n/k/a REAL AMERICAN CAPITAL CORP.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Plaintiff's Notice Of Voluntary Dismissal With Prejudice Of Its Claims For Disgorgement And A Civil Penalty Against Defendant Douglas Newton (DE 68) and Real American Brands, Inc., n/k/a Real American Capital Corp. (DE 69).  The Court has carefully reviewed said Notices, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice Of Voluntary Dismissal With Prejudice Of Its Claims For Disgorgement And A Civil Penalty Against Defendant Douglas Newton (DE 68) and Real American Brands, Inc., n/k/a Real American Capital Corp. (DE 69) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___3rd___ day of January, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Douglas Newton, PRO SE
37 Lafayette Drive
Rancho Mirage, CA 92270

2